**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **GIORGI BREGADZE** | **CASE NO. 1:26-CV-03877 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ELEAZAR GARCIA ET AL** | **MAGISTRATE JUDGE GALE** |

# MEMORANDUM ORDER

Before the court are an emergency Motion for Temporary Restraining Order, Motion for Expedited Hearing, and Motion for Expedited Consideration [doc. 6] filed by Giorgi Bregadze, who is in ICE custody at Winn Correctional Center in Winnfield, Louisiana. Through the motions the petitioner claims that his serious medical needs are being disregarded and requests a response within 24 hours in addition to expedited disposition by this court. A review of the motions and petition indicates that prompt briefing from the respondents is warranted. Accordingly,

**THE CLERK IS DIRECTED** to serve a summons, a copy of the petition [doc. 1] and Motions [doc. 6], and a copy of this order by email on the United States through the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its general counsel, and the Warden of the Jackosn Parish Correctional Center. The Clerk of Court is **INSTRUCTED** that Shannon Smitherman with the U.S. Attorney's Office is to be provided a copy of this Order via email and granted access to the Petition for Writ of Habeas Corpus [doc. 1] and the docket in this matter.

**IT IS ORDERED** that the respondents file a response to the Motions [doc. 6] within **SEVEN DAYS** of this order. Petitioner will then have **TWO DAYS** to file a reply. The briefing schedule on the Petition [doc. 1] will be set by the magistrate judge.

Petitioner's failure to comply with this order or to notify the court of any change in his address will result in a recommendation that his petition be dismissed without prejudice under LR 41.3.

**THUS DONE AND SIGNED** in Chambers on the 10th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**